**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Bernard O. Gilliard, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-000193

———————

Appeal From Charleston County
Roger M. Young, Sr., Trial Judge
J.C. Nicholson, Jr., Sentencing Judge
Stephanie P. McDonald, Post-Conviction Relief Judge

———————

Memorandum Opinion No. 2015-MO-020
Submitted March 19, 2015 – Filed April 15, 2015

———————

**DISMISSED**

———————

Appellate Defender Susan Barber Hackett, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Ashleigh Rayanna Wilson, all of Columbia, for Respondent.

**PER CURIAM:**   Petitioner seeks a writ of certiorari from an order of the circuit court denying his application for post-conviction relief (PCR), but finding he was entitled to a belated review of any direct appeal issues pursuant to *White v. State*, 263 S.C. 110, 208 S.E.2d 35 (1974).

Because there is sufficient evidence to support the PCR judge's finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

We dismiss this matter pursuant to Rule 220(b)(1), SCACR, after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**DISMISSED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**